UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRO SYSTEMS LLC,<br><br>        *Plaintiff*,<br><br>    v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        *Defendant*. | Civil Action No. 19-1548 (TNM) |

## **JOINT STATUS REPORT**

Pursuant to the Court's August 15, 2019, Minute Order, Plaintiff, Distro Systems LLC ("Distro Systems"), and Defendant, U.S. Citizenship and Immigration Services ("USCIS"), respectfully submit this Joint Status Report and report as follows:

1. This Administrative Procedure Act ("APA") case challenges USCIS's denial of Distro Systems' petition for an H-1B visa.

2. On July 30, 2019, USCIS vacated its denial, reopened Distro Systems' petition, and on August 14, 2019 issued Distro Systems a request for additional evidence in support of the petition. USCIS intends to issue a new decision in light of any additional evidence submitted by Distro Systems. If Distro Systems is able to submit evidence demonstrating that it is entitled to a visa, then USCIS will grant the petition.

3. The request for evidence requires Distro Systems to respond by November 9, 2019, and USCIS estimates that it will take about one month for it to review any additional evidence provided by Distro Systems and issue a new decision on the visa petition. Distro Systems has not yet submitted its response to the request for evidence.

2

4. Pursuant to the Court's August 15, 2019, Minute Order, the parties will submit a further joint status report on or before December 13, 2019, and will promptly notify the court within 7 days of any visa decision made by Defendant.

| | |
|---|---|
| Dated: August 14, 2019 | Respectfully submitted, |
| /s/ *Michael E. Piston*<br>Michael E. Piston (MI 002)<br>Attorney for the Plaintiffs<br>225 Broadway, Ste 307<br>New York, NY 10007<br>646-845-9895<br>Michaelpiston4@gmail.com | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/ Derek S. Hammond<br>DEREK S. HAMMOND, D.C. Bar #1017784<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2511<br>Derek.hammond@usdoj.gov<br><br>*Counsel for Defendant* |